## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DARBIANNE GOODWIN, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| PENNRIDGE SCHOOL DISTRICT, et al., | : | NO. 17-2431 |
| Defendants. | : | |

## **ORDER**

AND NOW, on **March 6, 2018**, upon consideration of Defendants' Motion to Dismiss (doc. 10), and Plaintiff's response (doc. 12), it is ORDERED that:

1. Defendants' Motion is DENIED as to Claims 1-4; and

2. Defendants' Motion is GRANTED as to Claim 5.

BY THE COURT:

_/s/ Timothy R. Rice_____
TIMOTHY R. RICE
U.S. MAGISTRATE JUDGE