IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DARBIANNE GOODWIN, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| PENNRIDGE SCHOOL DISTRICT, et al., | : | NO. 17-2431 |
| Defendants. | : | |

## **ORDER**

AND NOW, on May 31, 2019, upon consideration of: (1) Defendants' Motion for Summary Judgment (docs. 94, 100) and the responses thereto; (2) Plaintiff's Motion for Summary Judgment (doc. 96) and the responses thereto; and (3-5) Plaintiff's Motions to Seal (docs. 98, 115, and 156), it is ORDERED that:

1. Defendants' Motion is GRANTED in PART and DENIED in PART: Summary Judgment is GRANTED on Claims 2 and 4; Defendants DeBona and Rattigan are DISMISSED as individual defendants; and Defendants' Motion for Summary Judgment on Claims 1 and 3 is DENIED.

2. Plaintiff's Motion for Summary Judgment is DENIED.

3. Plaintiff's Motions to Seal are GRANTED.

BY THE COURT:

*/s/ Timothy R. Rice*
TIMOTHY R. RICE
U.S. MAGISTRATE JUDGE